No. 03–1237. MERCK KGAA *v.* INTEGRA LIFESCIENCES I, LTD., ET AL. C. A. Fed. Cir. Motion of Eli Lilly and Company for leave to file a brief as *amicus curiae* granted. Certiorari granted. JUSTICE O'CONNOR and JUSTICE BREYER took no part

in the consideration or decision of this motion and this petition.